UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DERAY SASSER, JR., | No. 2:17-cv-02531-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| JOE LIZARAGGA, et al., | |
| Defendants. | |

Plaintiff Darren Deray Sasser, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 14, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 5.) On August 13, 2020, the magistrate judge granted Plaintiff an additional 60 days to file objections. (ECF No. 15.) Plaintiff has not filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 14, 2020 (ECF No. 5), are ADOPTED IN FULL; and

2. All of Plaintiff's claims against Defendants Donald Haines, Jr., M. Johnston, S.K. Hemenway, Joe Lizaragga and Greg R. Valencia, and Plaintiff's claims against Defendant Ben K. Sherrin for failing to assign an investigative employee are DISMISSED without leave to amend for failure to state a claim.

IT IS SO ORDERED.

DATED: October 26, 2020

Troy L. Nunley
United States District Judge